IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: **#36047**

**JOHN ASHLEY JONES**

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

**Huntsville Police Department (STAC)**

**MADISON COUNTY JAIL**

**Ms. LAUREN ATKINS**

**Ms. Callis Burgreen**

Enter above full name(s) of the defendant(s) in this action)

CV-11-AR-0413-NE

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ✓ )      No (   )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): **JOHN ASHLEY JONES**

Defendant(s): **Huntsville Police Department (STAC), MADISON COUNTY JAIL, Ms. LAUREN ATKINS, Ms. Callis Burgreen**

2. Court (if Federal Court, name the district; if State Court, name the county)  MADISON COUNTY

3. Docket number CV-2010-001525.00

4. Name of judge to whom case was assigned  JAMES P. SMITH

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  Still Pending

6. Approximate date of filing lawsuit  11-29-10

7. Approximate date of disposition  Still Pending

Place of present confinement  MADISON COUNTY JAIL

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No ( ✓ )

C. If your answer is YES:

   1. What steps did you take?

   2. What was the result?

D. If your answer is NO, explain why not?  I filed a motion with the courts and the courts sent paperwork!

2

II. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) JOHN ASHLEY JONES

Address 508 B. Monroe Ave. Hunts., AL. 35801

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Huntsville Police Department

is employed as (STAC AGENT) Police Officer

at 815 Wheeler Ave. Hunts., AL. 35801

C. Additional Defendants MADISON COUNTY JAIL 815 Wheeler Ave. Hunts., AL. 35801, Ms. LAUREN ATKINS (Magistrate) 100 Northside Square Hunts., AL, 35801, Ms. Callis Bulgreen (Prosecutor) 100 Northside Sq. Hunts., AL, 35801, Ms. Allison S. Austin (Judge) 100 Northside Sq. Hunts., AL. 35801

Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

1. Officers Violated Alabama Rules of Criminal Procedures, Alabama Constitutional, and U.S. Constitutional Rights.

2. Held in Jail illegally without warrants from 10-6-10 until 10-19-10 when the warrants were signed. Then it

3

was stated that I was arrested on 10-19-10. 3. Ms. LAUREN ATKIN Issued warrants along with Agent J. Johnson on 10-19-10 after I was arrested 10-6-10 violating Alabama Rules of Criminal Procedures, Alabama Constitution, and U.S. Constitutional Rights. 4. Ms. Callis Burgreen and (Judge) Ms. Allison S. Austin did hold court on 10-28-10, to

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary Award, Disbarrment, Jobs, and as the court see's fit!

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

John A. Jones

Signature(s)

4

Complaint (Ct.)   CV-10-001535.00

Nolle Prosse case DC-10-7835 before my preliminary Hearing without my knowledge or being present in court. Defendant was arrested without warrants on 10-6-10, Dummy warrants were Issued at 72 hour hearing on 10-8-10 and requested Preliminary Hearing.

Defendants:

Huntsville Police Department (STAC)
815 Wheeler Ave.  Hunts., AL. 35801

MADISON COUNTY JAIL
815 Wheeler Ave.  Hunts., AL. 35801

Ms. Lauren Atkins (Magistrate)
100 Northside Sq.  Hunts., AL. 35801

Ms. Callis Burgreen (Prosecutor)
100 Northside Sq.  Hunts., AL. 35801

Ms. Allison S. Austin (Judge)
100 Northside Sq.  Hunts., AL. 35801

Plaintiff:
JOHN ASHLEY JONES #36047

CV-2010-001701.00

Defendants:
Mr. ROBERT S. Brown (Attorney At Law)  Address:
917 B. Merchants Walk  Hunts., AL. 35801

Mr. Dennis E. O'DELL (Judge)  Address:
100 Northside Sq.  Hunts., AL. 35801

Ms. Callis Burgreen (Prosecutor)  Address:
100 Northside Sq.  Hunts., AL. 35801

Mr. Jason Fox (State Trooper)  Address:
716 Arcadia Circle  Hunts., AL. 35801

Ms. Allison S. Austin (Judge)  Address:
100 Northside Sq.  Hunts., AL. 35801

Madison County Jail  Address:
815 Wheeler Ave.  Hunts., AL. 35801

Mr. Schuyler Richardson (Judge)
100 Northside Sq.  Hunts., AL. 35801